UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Brahms Reed

     v.                         Civil No. 08-00045-JL

National Council of the
Boy Scouts of America, Inc.

## O R D E R

The Preliminary Pretrial Conference was held in chambers on May 5, 2008.

The Discovery Plan (document #9) is approved as submitted.

The defendant will amend ¶¶ 6-7, 9-13, and 16 of its Answer to clearly indicate its position with respect to the corresponding paragraphs of the Complaint.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

May 5, 2008

cc:  John W. Laymon, Esq.
     Francis X. Quinn, Jr., Esq.
     Jonathan M. Shirley, Esq.